CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for JUAN VILLALOBOS-PEÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN VILLALOBOS-PEÑA,<br><br>Defendant. | Case No.: 2:26-cr-082 DC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 24, 2026<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Juan Villalobos-Peña, that the status conference in this matter, currently scheduled for June 24, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 7, 2026, at 9:30 a.m. for further status conference.

The government filed the indictment in this case on May 14, 2026.  Defense counsel has not yet had sufficient time to review all of the discovery with the defendant nor fully explore potential defense evidence and arguments.  Defense counsel needs addition time to confer with Mr. Villalobos-Peña and conduct further investigation, as necessary, in order to discuss resolution and otherwise prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

- 1 -

06/18/26

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from June 17, 2026, through August 7, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      June 17, 2026          /S/      Justin Lee
                                                     ERIC GRANT
                                                     by JUSTIN LEE
                                                     Attorney for Plaintiff

DATED:      June 17, 2026          /S/      Clemente M. Jiménez
                                                     CLEMENTE M. JIMÉNEZ
                                                     Attorney for Juan Villalobos-Peña

- 2 -

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 17, 2026 (Doc. No. 15), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for June 24, 2026, is VACATED and RESET for August 7, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period from the date of this order through August 7, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **June 18, 2026**

_____
Dena Coggins
United States District Judge

- 3 -

06/18/26