CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for JUAN VILLALOBOS-PEÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN VILLALOBOS-PEÑA,<br><br>Defendant. | Case No.: 2:26-cr-082 DC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: August 7, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Juan Villalobos-Peña, that the status conference in this matter, currently scheduled for August 7, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 21, 2026, at 9:30 a.m. for further status conference and possible change of plea. The government filed the indictment in this case on May 14, 2026. Defense counsel continues to review discovery and will require additional time with the defendant to explore potential defense evidence and arguments. In addition, consistent with settlement discussions, the government has indicated that a plea agreement is forthcoming. Defense counsel will require additional time to review the proposed terms with Mr. Villalobos-Peña. The parties believe the short continuance requested will be sufficient to move toward resolution.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from July 31, 2026, through August 21, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 31, 2026 /S/ Justin Lee
ERIC GRANT
by JUSTIN LEE
Attorney for Plaintiff

DATED: July 31, 2026 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Juan Villalobos-Peña

# ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on July 31, 2026 (Doc. No. 17), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 7, 2026, is VACATED and RESET for August 21, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between July 31, 2026 and August 21, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge