CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JUAN VILLALOBOS PEÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN VILLALOBOS PEÑA,<br><br>Defendant. | Case No.: 2:26-cr-00082 DC<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE: December 4, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Juan Villalobos Peña, that the sentencing hearing in this matter, currently scheduled for December 4, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on January 29, 2027, at 9:30 a.m. for judgment and sentencing. Defense counsel has confirmed with Probation on the proposed modifications to the disclosure schedule and requested sentencing date.

Mr. Villalobos Pena was transferred to California Community Correctional Center following his change of plea and defense counsel was unable to locate him for some time. As a result, arranging his probation interview has been delayed which, in turn, will require additional time for preparation and review of the presentence report.

//

The parties request the disclosure schedule be revised as follows:

| | |
|---|---|
| Draft Presentence Report: | December 16, 2026 |
| Informal Objections: | December 30, 2026 |
| Final PSR: | January 8, 2026 |
| Formal Objections: | January 15, 2027 |
| Reply: | January 22, 2027 |
| Judgment and Sentence: | January 29, 2027 |

DATED: October 20, 2026

/S/ Justin Lee
ERIC GRANT
by JUSTIN LEE
Attorney for Plaintiff

DATED: October 20, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Juan Villalobos Peña

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 20, 2026 (Doc. No. 22), and good cause appearing therefrom, APPROVES, *as modified,* the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 4, 2026, is VACATED and RESET for January 29, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than December 16, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than December 30, 2026; the final Report shall be submitted no later than January 8, 2027 (opposed to January 8, 2026); Formal Objections or any Motion for Correction shall be submitted no later than January 15, 2027; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than January 21, 2027 (opposed to January 22, 2027) by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dena Coggins
United States District Judge